## CIVIL MINUTES -- GENERAL

Case No.    **CV 17-2169-JFW (SSx)**                                Date: June 1, 2017

Title:      L.A. Gem and Jewelry Design, Inc. -v- Claires Boutiques, Inc., et al.

**PRESENT:**

       **HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| Shannon Reilly | None Present |
|---|---|
| Courtroom Deputy | Court Reporter |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**       **ATTORNEYS PRESENT FOR DEFENDANTS:**
                   None                                                              None

**PROCEEDINGS (IN CHAMBERS):**     **ORDER DISMISSING ACTION WITHOUT PREJUDICE**

      As a result of the parties' failure to file the Joint Rule 26(f) Report as required by the Court's Order of April 25, 2017, this action is hereby **DISMISSED without prejudice**. The Scheduling Conference, currently on calendar for June 12, 2017, is **VACATED**. *See* Fed. R. Civ. P. 41(b); *see also Yourish v. California Amplifier*, 191 F.3d 983, 986-88 (9th Cir. 1999); *Ferdik v. Bonzelet*, 963 F.2d 1258, 1260 (9th Cir. 1992).

      IT IS SO ORDERED.